UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACUSETTS

CHARLES SIMON,

    Plaintiff,

    V                                         JURY TRIAL DEMAND

SUPREME COURT OF UNITED STATES,

Hon. Scott S. Harris, Clerk, Ms. Pippa,

Analyis,

Defendants.

-----------------------------------------

Plaintiff's Constitutional claim depend on the jurisdictional nexus pursuant the First Amendment deprivation, and <u>Bivens</u> v <u>Six Unknown</u> <u>Fed. Agents,</u> 403 U.S.388(1971), where the judicial proceeding mirror obstruction of Justice coupled with deep-seated favoritism 28 U.S.C .Section 455(a), toward Pro Se litigation in violation of Constitutional rights; Notice the documented record deprived Complainant of Constitutional rights, of access to the Supreme Court of United States and the legal process to remedy for Civil wrong under U.S. Const. Amend. I, V, Equal Protection Clause. Thus the discriminatory treatment imposed by the named Defendants tantamount to violation of Title VII of the Civil Rights Act of 1964, 28 U.S.C. sec. 2000e; Accordingly, **UNITED STATES SUPREME COURT** is being sued for **$200million**, and the OTHER NAME Defendants is being sued for $10 million compensatory damages and **$50million punitive damages**. The imposition for damages is premised on the sham mockery of justice judicial proceeding that accompany Petition All Writs Act Section 1651 by extraordinary exhibits ; The adverse action tantamount obstruction of justice;

**Judicial Notice** of Motion to Hon. Scott S. Harris, Clerk: Motion Petition for entitlement to docket number to the Petition All Writs Act Section 1651 forthwith upon document evidence of material facts that can be judicially notice, said documents are significantly probative of specific facts. The Petition All Writs Act Section 1651 was mailed February 5,2026 by Supreme Court Press to the Supreme Court of United States. In addition, Petitioner respectfully request docket number be provided to Petitioner's email address forthwith at  <u>litigatorcharles @gmail.com</u> .  By Contrast, Petitioner respectfully employ

1

Hon. Scott S. Harris, Clerk by virtue of the undue delay in providing entitlement of docket number, necessarily upon undue delay in judicial process the Government is strongly suggesting settlement; Hon. Scott S. Harris, Clerk is elected and employed to ask the Government's Attorney for out of court settlement of $75million upon Pro Se Petitioner withdrawing the Appeal 25-1221,foreclosing this case. It must be remembered Congress authorized settlements are the preferred means to resolve discrimination Civil Rights Title VII of Civil Rights Act of 1964, .Sec. 2000e, cases. Respectfully submitted. Thanking Hon. Scott S. Harris, Clerk in advance for its services. DATED: February 11, 2026 . In Addition, judicial notice of the attached exhibits accompanied with blasting Petition All Writs Act 28 U.S.C. Section 1651sec. 1651. In closing, Petitioner respectfully ask the District Court to allow the Government's Attorney to respond to this Complaint consistent with the last entry cite d in the Appeal appendix in Charles Simion v. United States of America, Etal, docket No. 25-1221. Respectfully submitted.              ,

Dated: March 7,2026

Charles Simon

Petitioner Pro Se

3410 DeReimer Avenue, **Apt.# 7-I**

**Bronx, New York 10475**

litigatorcharles@gmail.com

2